# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-6843 FFM | Date | June 1, 2011 |
| Title | HOLLY RHINES v. MICHAEL J. ASTRUE, Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

None Present   None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court has reviewed its own files and records and notes that defendant has failed to timely submit an answer by April 28, 2011, as required by the Case Management Order filed September 27, 2010.

Defendant is ordered to show cause in writing within 30 days of the date of this minute order as to why sanctions should not be imposed for failing to comply with the Court's order. A responsive pleading to the complaint will be deemed compliance with the order to show cause.

                                                        :
                                    Initials of Preparer   JM