UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6843 FFM | Date | August 22, 2011 |
|---|---|---|---|

| Title | HOLLY RHINES v. MICHAEL J. ASTRUE, Commissioner of Social Security |
|---|---|

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge |
|---|---|

| James Munoz | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

On June 17, 2011, this Court entered an order requiring plaintiff to file a motion for summary judgment within 60 days after defendant filed his answer and certified administrative record.  Defendant filed his answer and the certified administrative record on June 2, 2011.  Sixty days from June 2, 2011 expired on August 1, 2011.  Moreover, sixty days from the filing of the June 17, 2011 order expired on August 16, 2011.

Plaintiff has failed to comply with the June 17, 2011 order by failing to file a motion for summary judgement or failing to request any additional time within which to do so.  Therefore, plaintiff is ordered to show cause within 15 days of the date of this order why this action should not be dismissed for failure to prosecute and comply with the Court's orders.

IT IS SO ORDERED.

: _____
Initials of Preparer    JM