1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY J. RHINES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 10-6843 FFM<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint Without Prejudice,

IT IS ADJUDGED that the complaint is dismissed without prejudice.

DATED:   September 15, 2011

           /S/ FREDERICK F. MUMM
           FREDERICK F. MUMM
           United States Magistrate Judge