UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY J. RHINES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 10-6843 FFM <br><br> JUDGMENT |

Pursuant to the Order Dismissing Complaint Without Prejudice,

IT IS ADJUDGED that the complaint is dismissed without prejudice.

DATED:   September 15, 2011

       /S/ FREDERICK F. MUMM
       FREDERICK F. MUMM
       United States Magistrate Judge